1  Julia Azrael (Bar No. 109049)
   John S. Curtis (Bar No. 50350)
   **LAW OFFICES OF JULIA AZRAEL**
2  5200 Lankershim Boulevard, Suite 850
   North Hollywood, California 91601
3  Telephone:  (818) 766-5177
   Facsimile:  (818) 766-5047
4

   E-FILED 04/20/11
   JS-6

5  Attorneys for Defendant
   PROGRESSIVE DIRECT INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LASC, Case No.: BC456342

| | |
|---|---|
| WLADYSLAW KARWATOWSKI, | CASE NO. CV11-03066 PSG(MANx) |
| Plaintiff, | Case Assigned to the Honorable Philip S. Gutierrez – Ctrm. 880 |
| vs. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, and DOES 1-50, Inclusive, | [Complaint Filed: March 1, 2011] |
| Defendants. | [~~PROPOSED~~] **ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT** |

Discovery Cutoff:    None
Motion Cutoff:       None
Trial Date:          None

The court has considered the stipulation of counsel and now remands the matter to the Superior Court for the County of Los Angeles.

Dated: April 19, 2011

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
Judge of the United States District Court